✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  NEW YORK

JOHN KING, JR., ANTHONY BERNARD, OMAR PARKER

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   2004CV 2375

OFFICER NICHOLAS BRANDO, Shield #0241
OFFICER PETER LANG, Shield #0931

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants OFFICER NICHOLAS BRANDO, Shield #0241 and OFFICER PETER LANG, Shield #0931 and against plaintiffs JOHN KING, JR, ANTHONY BERNARD AND OMAR PARKER.

IT IS FURTHER ORDERED that plaintiffs JOHN KING, JR., ANTHONY BERNARD, and OMAR PARKER take nothing of defendants OFFICER NICHOLAS BRANDO, Shield #0241 and OFFICER PETER LANG, Shield #0931 and that judgment be entered in favor of the defendants and against the plaintiffs dismissing the case with prejudice.

August 1, 2007
Date

ROBERT C. HEINEMANN
Clerk

/s/ Karen McMorrow
(By) Deputy Clerk